# Court of Appeals
# of the State of Georgia

ATLANTA,___April 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1477. JOHN P. GRIFFIN II v. THE STATE.**

In 2010, the trial court revoked six years of John Griffin's probation. He later filed a motion to vacate the sentence imposed following the revocation. The trial court denied the motion, and Griffin filed this direct appeal.[1] Because the underlying subject matter of Griffin's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__04/17/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*

---

[1] He also filed an application for discretionary appeal, which has been docketed as A13D0294.